IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANGHAI XINQI ELECTRONIC TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:25-cv-272 <br><br> Judge: Hon. Jeffrey I. Cummings <br><br> Magistrate Judge: Hon. Daniel P. McLaughlin <br><br> **JURY TRIAL DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41 (a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Shanghai Xinqi Electronic Technology Co., Ltd. hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 21 | RNAN | Amazon | A35RYQGWXOQK75 |

DATED: May 16, 2025

Respectfully submitted,

/s/ Nicholas S. Lee
Nicholas S. Lee
nslee@dickinson-wright.com
DICKINSON WRIGHT PLLC
55 W. Monroe Street, Suite 1200
Chicago IL 60603
Tel: (312) 572-6914

*Counsel for Plaintiff, Shanghai Xinqi Electronic Technology Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this May 16, 2025. Any other counsel of record will be served by electronic and/or first-class mail.

/s/ Nicholas S. Lee
Nicholas S. Lee